<u>CRIMINAL CAUSE FOR RE-SENTENCING</u>     (TIME ON BENCH :25)

BEFORE: SEYBERT, J.          DATE: 6/26/2008  TIME: 1:50

DOCKET NUMBER: CR-00-1311     TITLE: USA -v-

<u>DEFT NAME: CHRISTOPHER LIANO-sworn</u>         DEFT: #
___ PRESENT  X NOT PRESENT  ___ IN CUSTODY  X ON S.R.

<u>ATTY. FOR DEFT.:   RICHARD ROSENBERG</u>         ___ C.J.A.
            X PRESENT       ___ NOT PRESENT    X RET

A.U.S.A.: <u>NICOLE BOECKMANN</u>    DEPUTY CLERK: <u>M. RYAN</u>

U.S.P.O.:    X M. BETTS       ___ J. CONNELLY    ___ L. FAMULARO
             ___ J. FONTI     ___ G. GIBLIN      ___ S. GUTTMAN
             ___ A. TESTA     ___ E. WEIBURG

<u>COURT REPORTER:</u>  ___ P. AUERBACH   ___ E. COMBS     X P. LOMBARDI
___ S. PICOZZI    ___ H. RAPAPORT   ___ M. STEIGER   ___ R. TOLKIN
___ D. TURSI      ___ O. WICKER

_X_  CASE CALLED FOR RE-SENTENCE. COUNSEL FOR ALL SIDES PRESENT.

___  SENTENCE ADJOURNED TO

_X_  STATEMENTS OF DEFT AND COUNSEL HEARD.

_X_  THE DEFENDANT IS RE-SENTENCED AS FOLLOWS:

_X_  THE DEFENDANT IS TO PAY RESTITUTION IN THE AMOUNT OF $33,167,134.00 AS PER STIPULATION DATED JUNE 26, 2008.

___  THE DEFENDANT IS SENTENCED TO A PERIOD OF IMPRISONMENT OF _____ ON COUNT _____ TO BE FOLLOWED BY A PERIOD OF SUPERVISED RELEASE OF _____ YEARS.

___  SPECIAL CONDITIONS OF SUPERVISED RELEASE:

___  THE DEFENDANT SHALL NOT POSSESS A FIREARM, AMMUNITION, OR DESTRUCTIVE DEVICE.

___  OTHER: THE DEFENDANT SHALL MAKE FULL FINANCIAL DISCLOSURE TO THE PROBATION DEPT. AND PAY RESTITUTION OF

\_\_\_   THE DEFENDANT SHALL BE SENTENCED TO PROBATION FOR A PERIOD OF \_\_\_ YEARS ON COUNT _____.

\_\_\_   SPECIAL CONDITIONS OF PROBATION:

\_\_\_   THE DEFENDANT SHALL NOT POSSESS A FIREARM, AMMUNITION, OR DESTRUCTIVE DEVICE.

\_\_\_   THE DEFENDANT SHALL BE SUBJECT TO A PERIOD OF HOME DETENTION OF \_\_ MONTHS, SUBJECT TO ELECTRONIC MONITORING BY THE PROBATION DEPARTMENT.

\_\_\_   OTHER:

\_\_\_   THE DEFENDANT SHALL BE FINED THE SUM OF $ \_\_\_\_\_.

\_\_\_   THE FINE SHALL BE WAIVED DUE TO THE DEFENDANT'S INABILITY TO PAY SUCH A FINE.

\_\_\_   SPECIAL ASSESSMENT OF $100 IS IMPOSED ON EACH COUNT FOR A TOTAL ASSESSMENT OF $ \_\_\_\_\_.

\_\_\_   THE DEFENDANT'S MOTION FOR A DOWNWARD DEPARTURE OF THE GUIDELINES IS HEREBY:

\_\_\_   DECISION ENTERED ON THE RECORD.

\_\_\_   ON MOTION OF THE AUSA THE REMAINING COUNTS OF THE INDICTMENT AND/OR SUPERSEDING INDICTMENT ARE HEREBY DISMISSED.

\_\_\_   THE DEFENDANT IS ADVISED OF HIS RIGHT TO APPEAL.

_X_   J & C TO BE AMENDED TO REFLECT CHANGE IN RESTITUTION AMOUNT.

_X_   RESTITUTION PAYMENT CONDITIONS REMAIN THE SAME.

THE DEFENDANT \_\_\_REMAINS IN CUSTODY.   _X_ REMAINS ON SUPERVISED RELEASE.
\_\_\_IS REMANDED.
\_\_\_SHALL SURRENDER ON \_\_/\_\_/2008.